UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Plaintiff,<br><br>v.<br><br>HILL, KERTSCHER & WHARTON, LLP; DOUGLAS R. KERTSCHER; ROBERT R. JOSEPH; DARYL MOODY; MAST NINE, INC.; UAS INVESTMENTS, LLC; LEUCADIA INVESTMENT HOLDINGS, INC.; and RONALD E. STADMUELLER, the Chapter 7 trustee for Leucadia Group, LLC,<br><br>Defendants. | Case No.: 21-CV-1158 JLS (WVG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 6) |

Presently before the Court is Defendant Ronald E. Stadmueller's Motion to Dismiss, or, in the Alternative, Stay the Complaint (ECF No. 6). On its own motion, the Court

///
///
///
///

1

**VACATES** the hearing currently set for October 7, 2021 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: September 23, 2021

Hon. Janis L. Sammartino
United States District Judge