# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Plaintiff,<br><br>v.<br><br>HILL, KERTSCHER & WHARTON, LLP; DOUGLAS R. KERTSCHER; ROBERT R. JOSEPH; DARYL MOODY; MAST NINE, INC.; UAS INVESTMENTS, LLC; LEUCADIA INVESTMENT HOLDINGS, INC.; RONALD E. STADMUELLER,<br><br>Defendants. | Case No.: 21-CV-1158 JLS (WVG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF Nos. 42, 43) |

Presently before the Court are Plaintiff Certain Underwriters at Lloyd's, London's Motion for Default Judgment against UAS Investments, LLC (ECF No. 42) and Motion for Default Judgment against Leucadia Investment Holdings, Inc. and Mast Nine, Inc. (ECF No. 43). On its own motion, the Court **VACATES** the hearing currently set for

///

///

1  December 16, 2021 and takes these matters under submission without oral argument
2  pursuant to Civil Local Rule 7.1(d)(1).
3      **IT IS SO ORDERED.**
4  Dated: December 9, 2021

                                                   Hon. Janis L. Sammartino
                                                 United States District Judge