UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Plaintiff,<br><br>v.<br><br>HILL, KERTSCHER & WHARTON, LLP; DOUGLAS R. KERTSCHER; ROBERT R. JOSEPH; DARYL MOODY; MAST NINE, INC.; UAS INVESTMENTS, LLC; LEUCADIA INVESTMENT HOLDINGS, INC.; RONALD E. STADMUELLER,<br><br>Defendants. | Case No.: 21-CV-1158 JLS (WVG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 47) |

Presently before the Court is Defendant Daryl Moody's Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 47). On its own motion, the Court **VACATES** the

///
///
///
///
///

1

1  hearing currently set for June 16, 2022, and takes this matter under submission without oral
2  argument pursuant to Civil Local Rule 7.1(d)(1).
3  **IT IS SO ORDERED.**
4  Dated:  June 9, 2022

Hon. Janis L. Sammartino
United States District Judge