# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Plaintiff,<br><br>v.<br><br>HILL, KERTSCHER & WHARTON, LLP; DOUGLAS R. KERTSCHER; ROBERT R. JOSEPH; DARYL MOODY; MAST NINE, INC.; UAS INVESTMENTS, LLC; LEUCADIA INVESTMENT HOLDINGS, INC.; RONALD E. STADMUELLER,<br><br>Defendants. | Case No.: 21-CV-1158 JLS (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 52) |

Presently before the Court is Plaintiff Certain Underwriters at Lloyd's, London, and Defendants Hill, Kertscher & Wharton, LLP; Douglas R. Kertscher; Robert R. Joseph; Daryl Moody; Mast Nine, Inc.; UAS Investments, LLC; Leucadia Investment Holdings, Inc.; and Ronald E. Stadmueller's Joint Motion to Dismiss (ECF No. 52). Good cause appearing, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** this action in its entirety. As stipulated, each party will bear their own costs and attorney's fees. The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: September 20, 2022

Hon. Janis L. Sammartino
United States District Judge